UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEPHANIE RAUSEO and THE APPLE HILL NEIGHBORS GROUP,<br><br>                        Plaintiffs,<br><br>v.<br><br>U.S. ARMY CORP OF ENGINEERS, COLONEL CHRISTOPHER BARRON IN HIS CAPACITY AS DISTRICT ENGINEER, THE ENVIRONMENTAL PROTECTION AGENCY, and THE MASSACHUSETTS DEPARTMENT OF ENVIRONMENTAL PROTECTION and MARCO TAMMARO,<br><br>                        Defendants. | C.A. NO.: 1:17-CV-12026 NMG |

## DEFENDANT MARCO TAMMARO'S MOTION FOR SUMMARY JUDGMENT

Defendant Marco Tammaro ("Tammaro"), by and through his counsel, pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Rule 56.1, moves that the Court grant him summary judgment on Count I of Plaintiff Stephanie Rauseo's Amended Complaint for violation of the Clean Water Act.

In support of his motion for summary judgment, Tammaro states that he is entitled to summary judgment because the undisputed material facts establish 1) there are no Waters of the United States (WOTUS) on Tammaro's property, and 2) even if there were, everything about Tammaro's property is clean – the fill Tammaro brought in, the native soil, the groundwater, the drainage water - everything.  Finally, summary judgment is appropriate because Rauseo has no injury and, therefore, has no standing to pursue her CWA claim.

Rauseo conceded during discovery that despite her allegations she has been unable to locate any state or federal map that identifies the two purported streams she claims exist. That is because there are no streams on Tammaro's property. The property was inspected by multiple

922591.1

independent wetlands scientists, including the U.S. Army Corps of Engineers.  Each concluded there are no WOTUS on the property, especially where Rauseo claims they exist. In addition, the soils in the areas Rauseo claims the streams exist were examined and tested by numerous regulatory agencies and independent consultants, all returned the same result – the soils were "non-hydric" – meaning the soils present are not permanently or even seasonally saturated by water (i.e. there is no permanent water feature such as a stream in these areas). This discovery lead all of these independent evaluators to conclude that there was no water on Tammaro's property.

Further, the undisputed evidence established that the alleged pollutant in this case – the fill Tammaro brought onto his property – was not contaminated as alleged. Indeed, both the fill and the native soils on the property were tested to depths of twenty-seven feet below grade and the results indicated that the fill and soil was clean. To be safe, Tammaro also had the groundwater and drainage water tested, which also came back clean.

Rauseo's claim fails and summary judgment is appropriate.  There is no Clean Water Act jurisdiction because there are no WOTUS on Tammaro's property.  And, even if there was Tammaro's property is clean and not a cause of pollutants. Rauseo's claim should be dismissed.

The grounds for Tammaro's Motion are more fully set forth in the accompanying papers which consist of Memorandum In Support Of Defendant's Motion for Summary Judgment, Defendant's L.R. 56.1 Statement of Undisputed Facts, and the Affidavit of James E. Gallagher in Support of Motion for Summary Judgment.

## REQUEST FOR HEARING

Defendant requests a hearing on this Motion.

## L.R. 7.1 CERTIFICATE

Pursuant to L.R. 7.1., I certify that prior to filing this motion I conducted a telephone conference with Plaintiff's counsel to resolve or narrow the issues. Despite discussions, the parties were unsuccessful in resolving the issues addressed in this motion.

>Respectfully submitted,
>**MARCO TAMMARO**
>By his attorney,
>
>      */s/  James E. Gallagher*
>James E. Gallagher, BBO#677588
>One Boston Place
>Boston, MA 02108
>(617) 367.2500
>jgallagher@davismalm.com

Dated: February 28, 2020

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

>     /s/ James E. Gallagher
>James E. Gallagher/BBO #677588

922591.1